IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LATIF ALKHATIB, : | |
| Plaintiff : | |
| v. : | Case No. 3:24-cv-92-KAP |
| SUPERINTENDENT BARRY SMITH, : | |
| *et al.*, : | |
| Defendants : | |

Memorandum Order

Plaintiff Latif Alkhatib is an inmate at S.C.I. Houtzdale, serving a life sentence imposed in 2006 by the Philadelphia County Court of Common Pleas. *See* Commonwealth v Alkhatib, CP-51-CR-0203461-2005 (C.P. Philadelphia). Alkhatib has filed a complaint subject to the Prison Litigation Reform Act for which he paid the filing fee. Because plaintiff is not proceeding *in forma pauperis*, he must serve the 25 named defendants as provided in Fed.R.Civ.P. 4(m):

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Plaintiff must effect proper service under Rule 4 on defendants and make proof of service under Rule 4(l)(1) on or before July 24, 2024, or the complaint will be dismissed without prejudice as provided in Rule 4(m) as to any defendant not served. If plaintiff wants the Marshal to make service (at plaintiff's expense) on the defendants he should file a motion requesting an order to that effect.

DATE: July 16, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Latif Alkhatib GD-4522
S.C.I. Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000