IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LATIF ALKHATIB, | : |
|     Plaintiff | : |
|       v. | : Case No. 3:24-cv-92-KAP |
| SUPERINTENDENT BARRY SMITH, | : |
| *et al.*, | : |
|     Defendants | : |

### Memorandum Order

Plaintiff Latif Alkhatib filed a complaint subject to the Prison Litigation Reform Act in April 2024. Plaintiff paid the filing fee and does not seek to proceed *in forma pauperis*. In July 2024 I ordered plaintiff to serve the 25 named defendants as provided in Fed.R.Civ.P. 4(m) on or before October 16, 2024, advising that if plaintiff wanted "the Marshal to make service (at plaintiff's expense) on the defendants he should file a motion requesting an order to that effect." *See* ECF no. 4.

On October 16, 2024, plaintiff sent in copies of the complaint and other service paperwork and moved for service by the Marshal, alleging that his requests for waivers of service had not been returned. ECF no. 5.

The motion for service at ECF no. 5 is granted: the Clerk shall issue summons and the Marshal shall serve the complaint (at the plaintiff's expense) as directed by the plaintiff. Imposition of service costs is deferred pending a hearing on plaintiff's request after service is made.

DATE: October 22, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Latif Alkhatib GD-4522
S.C.I. Frackville
1111 Altamont Boulevard
Frackville, PA 17931